UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80715-CIV-MARRA/JOHNSON

ALLEN FOX

    Plaintiff,

vs.

155 AMADEUS, LLC., a Florida Limited Liability Corp.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL AND ORDER CLOSING CASE

**THIS CAUSE** is before the Court pursuant to the Joint Request for Approval and Entry of Consent Decree filed November 19, 2009 (D.E. #17).

The Court having considered the above-referenced Joint Request for Approval and Entry of Consent Decree (D.E. #17), it is hereby

**ORDERED AND ADJUDGED** as follows:

(1)    The Consent Decree filed with the Court on November 19, 2009, is hereby made part of the court file in this action;

(2)    The above-styled action is hereby dismissed with prejudice;

(3)    This Court shall retain jurisdiction to enforce the terms of the settlement and attached Consent Decree;

(4) The Clerk of Court is directed to deny any and all pending motions as moot; and

(5) This case is closed.

**DONE AND ORDERED** this 24th day of November, 2009, in Chambers, at West Palm Beach, Florida.

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE


CC: The Honorable Kenneth A. Marra
    All Counsel of Record